**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARK A. RYDER,** | ) | **CASE NO.  1:06 CV 2105** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **PHILIP KERNS, Warden,** | ) | **Magistrate Judge David S. Perelman** |
| | ) | |
| **Respondent.** | ) | **ORDER** |

As stated in the attached Memorandum Opinion, the Court hereby ADOPTS the Report and

Recommendation of Magistrate Judge Perelman (Document #12) in its entirety; Petitioner's Petition for

Habeas Corpus is DISMISSED.

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this

decision could not be taken in good faith, and there is no basis upon which to issue a certificate of

appealability.  28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

IT IS SO ORDERED.

s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED:  July 30, 2007